PAUL M. WARNER, UNITED STATES ATTORNEY (#3389)
CARLOS A. ESQUEDA, Assistant United States Attorney (#5386)
Attorneys for the United States of America
185 South State Street, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 524-5682

FILED
CLERK, U.S. DISTRICT COURT
-4 DEC 02 PM 4:32
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 2:02CR722<br>**SUPERCEDING INDICTMENT** |
| Plaintiff, | : | VIOS. 18 U.S.C. § 2113, BANK ROBBERY; 18 U.S.C. § 1951, HOBBS ACT |
| | : | |
| MELANE JEAN RIDDLE,<br>VICTOR PETER BUCHI,<br>MICHELLE LARAY HALL,<br>ERIC DYLAN HASLAM, | : | |
| Defendants. | : | |

The Grand Jury charges:

### COUNT I

On or about the 12th day of November, 2002, in the Central Division, District of Utah,

**MELANE JEAN RIDDLE,**

AND

**MICHELLE LARAY HALL**

the defendants herein, by force, violence and intimidation did take and attempt to take from the person or presence of another money belonging to and in the care, custody, control, management, and possession of the U.S. Bank, at 4135 South Redwood Road, Salt

Lake County, Utah, a bank whose deposits are and on the date of the robbery were then insured by the Federal Deposit Insurance Corporation, FDIC Certificate Number 5134-9, and did aid and abet therein; all in violation of Title 18, United States Code, § 2113(a).

### COUNT II

On or about the 8th day of November, 2002, in the Central Division, District of Utah,

**MELANE JEAN RIDDLE**

and

**ERIC DYLAN HASLAM,**

the defendants herein, by force, violence and intimidation did take and attempt to take from the person or presence of another money belonging to and in the care, custody, control, management, and possession of the Washington Mutual Bank, at 4101 South 700 East, Salt Lake County, Utah, a bank whose deposits are and on the date of the robbery were then insured by the Federal Deposit Insurance Corporation, and did aid and abet therein; in violation of Title 18, United States Code, §§ 2113(a).

## COUNT III

On or about the 28th day of October, 2002, in the Central Division, District of Utah,

**MELANE JEAN RIDDLE,**

**VICTOR PETER BUCHI,**

**MICHELLE LARAY HALL**

AND

**ERIC DYLAN HASLAM**

the defendants herein, by force, violence and intimidation did take and attempt to take from the person or presence of another money belonging to and in the care, custody, control, management, and possession of the U.S. Bank, at 1375 East Foothill Boulevard, Salt Lake County, Utah, a bank whose deposits are and on the date of the robbery were then insured by the Federal Deposit Insurance Corporation, and did aid and abet therein; in violation of Title 18, United States Code, §§ 2113(a).

## COUNT IV

On or about the 26th day of October, 2002, in the Central Division, District of Utah,

**MELANE JEAN RIDDLE,**

**VICTOR PETER BUCHI,**

AND

**MICHELLE LARAY HALL**

the defendants herein, did take from an employee, against his will, at the Java Express, 3042 East 3300 South, by physical

force or violence, threatened force or violence and fear of injury, U.S. currency and coffee products, which belonged to and were in the care, custody, control, management and possession of the Java Express, and by committing such robbery obstructed, delayed or affected commerce or the movement of articles or commodities in interstate commerce, and did aid and abet therein; all in violation of 18 U.S.C. § 1951(a).

A TRUE BILL:

___*Bud Hughes*___
FOREPERSON OF THE GRAND JURY

PAUL M. WARNER
UNITED STATES ATTORNEY

___[signature]___
CARLOS A. ESQUEDA
Assistant United States Attorney