**FILED**
CLERK, U S. DISTRICT COURT

USDC UT Approved 06/06/00        Revised 11/03/00

# United States District Court
## District of Utah

12 JUN 03 AM 10: 48

DISTRICT OF UTAH

BY:
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| vs. | (For Offenses Committed On or After November 1, 1987) |

| | |
|---|---|
| **Eric Dylan Haslam** | Case Number: **2:02-CR-00722-004-TC** |
| aka Eric D. Haslem | Plaintiff Attorney: **Carlos Esqueda, AUSA** |
| | Defendant Attorney: **Michael Jaenish, Esq.** |

**Atty: CJA ☒ Ret ___ FPD ___**

Defendant's Soc. Sec. No.: _____

Defendant's Date of Birth: **08/14/1973**

Defendant's USM No.: **10165-081**

Defendant's Residence Address:

2279 East Vimont Ave.

Salt Lake City, Utah 84109

Country _____

**06/17/03**
Date of Imposition of Sentence

Defendant's Mailing Address:

Same

Country _____

THE DEFENDANT:

☒ pleaded guilty to count(s) **II**

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____

COP **04/07/2003** Verdict _____

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18 USC § 2113 | Bank Robbery | II |

**Entered on docket**
6-19-03 by:
Deputy Clerk

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s) **III of indictment** (is)(are) dismissed on the motion of the United States.

## SENTENCE

Pursuant to the Sentencing Reform Act of 1984, it is the judgment and order of the Court that the defendant be committed to the custody of the United States Bureau of Prisons for a term of **31 months**

Upon release from confinement, the defendant shall be placed on supervised release for a term of **36 months**

☐ The defendant is placed on Probation for a period of _____



Defendant:     Eric Dylan Haslam                                  Page 2 of 5
Case Number:   2:02-CR-00722-004-TC

The defendant shall not illegally possess a controlled substance.
*For offenses committed on or after September 13, 1994:*
> The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended based on the court's determination that the defendant possesses a low risk of future substance abuse. (Check if applicable.)

## SPECIAL CONDITIONS OF SUPERVISED RELEASE/PROBATION

In addition to all Standard Conditions of (Supervised Release or Probation) set forth in PROBATION FORM 7A, the following Special Conditions are imposed: (see attachment if necessary)

1.     The defendant will submit to drug/alcohol testing as directed by the probation office, and pay a one-time $115 fee to partially defer the costs of collection and testing. If testing reveals illegal drug use, the defendant shall participate in drug and/or alcohol abuse treatment under a co-payment plan as directed by the USPO.

2.     The defendant shall maintain full-time verifiable employment or participate in academic or vocational development throughout the term of supervision as deemed appropriate by the probation office.

## CRIMINAL MONETARY PENALTIES

### FINE

The defendant shall pay a fine in the amount of    $ _____ , payable as follows:
☐ forthwith.

☐ in accordance with the Bureau of Prison's Financial Responsibility Program while incarcerated and thereafter pursuant to a schedule established by the U.S. Probation office, based upon the defendant's ability to pay and with the approval of the court.

☐ in accordance with a schedule established by the U.S. Probation office, based upon the defendant's ability to pay and with the approval of the court.

☒ other:
**No fine imposed.**_____

☐ The defendant shall pay interest on any fine more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f).

☐ The court determines that the defendant does not have the ability to pay interest and pursuant to 18 U.S.C. § 3612(f)(3), **it is ordered that:**

    ☐ The interest requirement is waived.

    ☐ The interest requirement is modified as follows:

Defendant:     Eric Dylan Haslam                                      Page 3 of 5
Case Number:   2:02-CR-00722-004-TC

# RESTITUTION

**The defendant shall make restitution to the following payees in the amounts listed below:**

| Name and Address of Payee | Amount of Loss | Amount of Restitution Ordered |
|---|---|---|
| Washington Mutual Bank<br>4141 South 700 East<br>Salt Lake City, Utah 84107 | $1,380.90 | $1,380.90 |
| **Totals:** $ | 1,380.90 $ | 1,380.90 |

*(See* attachment if necessary.) All restitution payments must be made through the Clerk of Court, unless directed otherwise. If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless otherwise specified.

☒ Restitution is payable as follows:

☐ in accordance with a schedule established by the U.S. Probation Office, based upon the defendant's ability to pay and with the approval of the court.

☒ other:
**Payments are to be made through the Buerau of Prisons' Inmate Financial Responsibility Program while incarcerated and by an amount established by the USPO upon release. The defendant shall be jointly and severally liable for restitution with co-defendant Melane Jean Riddle.**

☐ The defendant having been convicted of an offense described in 18 U.S.C.§3663A(c) and committed on or after 04/25/1996, determination of mandatory restitution is continued until _____ pursuant to 18 U.S.C. § 3664(d)(5)(not to exceed 90 days after sentencing).
☐ An Amended Judgment in a Criminal Case will be entered after such determination

## SPECIAL ASSESSMENT

The defendant shall pay a special assessment in the amount of $ __100.00__ , payable as follows:
☒ forthwith.

☐ _____

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid

## PRESENTENCE REPORT/OBJECTIONS

The court adopts the factual findings and guidelines application recommended in the presentence report except as otherwise stated in open court.

Defendant:       Eric Dylan Haslam                                          Page 4 of  5
Case Number:    2:02-CR-00722-004-TC

## RECOMMENDATION

[X] Pursuant to 18 U.S.C. § 3621(b)(4), the Court makes the following recommendations to the Bureau
of Prisons:

**The court strongly recommends defendant participate in the Intensive Drug Abuse Program (DAP).**

## CUSTODY/SURRENDER

[X] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the  United States Marshal    for this district at
_____ on  _____ .

[ ] The defendant shall report to  the institution designated by the Bureau of Prisons     by
_____ Institution's local time, on  _____ .

DATE:  __6 - 18 - 2003__

**Tena Campbell**
**United States District Judge·**

Defendant:    Eric Dylan Haslam                                          Page 5 of 5
Case Number:   2:02-CR-00722-004-TC

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on   _____ to _____

at   _____ , with a certified copy of this judgment.


_____
UNITED STATES MARSHAL


By  _____
                      Deputy U.S. Marshal

alt

United States District Court
for the
District of Utah
June 19, 2003


* * CERTIFICATE OF SERVICE OF CLERK * *


Re:  2:02-cr-00722


True and correct copies of the attached were either mailed, faxed or e-mailed
by the clerk to the following:


    Mr Carlos A Esqueda, Esq.
    US ATTORNEY'S OFFICE
    ,    84111

    Ms. Deirdre A Gorman, Esq.
    FARR KAUFMAN SULLIVAN GORMAN
    JENSEN MEDSKER NICHOLS & PERKINS
    205 26TH ST STE 34
    OGDEN, UT   84401
    JFAX 8,801,3924125

    USMS
    DISTRICT OF UTAH
    ,
    JFAX 9,5244048

    US Probation
    DISTRICT OF UTAH
    ,
    EMAIL

    Mr. Michael W Jaenish, Esq.
    320 S 300 E STE 200
    SALT LAKE CITY, UT   84111
    EMAIL