FILED
U.S. DISTRICT COURT

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH 7 P 2: 19

CENTRAL DIVISION

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff, | ORDER |
| vs. | |
| ERIC DYLAN HASLAM,<br><br>Defendant. | Case No. 2:02 CR 722 TC |

Before the court is defendant Eric Dylan Haslam's *pro se* Motion for Early Termination of Supervised Release. The United States opposes Mr. Haslam's early termination. However, the court having reviewed the motion and supporting memorandum and having consulted with the United States Probation Office, finds Mr. Haslam's motion has merit and early termination is warranted.

IT IS HEREBY ORDERED THAT defendant's motion is GRANTED.

DATED this 7th day of December, 2007.

BY THE COURT:

*Tena Campbell*

TENA CAMPBELL
Chief Judge